IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Holder, Kenneth<br>Fox, Vermon C<br>Printed: 8/26/08 | Case Number: 05 B 02899<br>Judge: Squires, John H<br>Filed: 1/31/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: July 3, 2008
Confirmed: March 16, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 48,321.00 | |
| Secured: | | 15,554.79 |
| Unsecured: | | 24,961.82 |
| Priority: | | 5,351.64 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 2,452.29 |
| Other Funds: | | 0.46 |
| Totals: | 48,321.00 | 48,321.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 0.00 | 0.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | United Credit Union | Secured | 0.00 | 0.00 |
| 4. | Fifth Third Bank | Secured | 15,554.79 | 15,554.79 |
| 5. | Internal Revenue Service | Priority | 5,351.64 | 5,351.64 |
| 6. | ECast Settlement Corp | Unsecured | 1,383.71 | 1,383.71 |
| 7. | Resurgent Capital Services | Unsecured | 409.44 | 409.44 |
| 8. | US Bank Corp | Unsecured | 742.13 | 742.13 |
| 9. | United Credit Union | Unsecured | 530.25 | 530.25 |
| 10. | ECast Settlement Corp | Unsecured | 2,103.67 | 2,103.67 |
| 11. | ECast Settlement Corp | Unsecured | 749.73 | 749.73 |
| 12. | Credit Union One | Unsecured | 368.57 | 368.57 |
| 13. | Resurgent Capital Services | Unsecured | 1,236.07 | 1,236.07 |
| 14. | Resurgent Capital Services | Unsecured | 835.41 | 835.41 |
| 15. | Resurgent Capital Services | Unsecured | 760.22 | 760.22 |
| 16. | Resurgent Capital Services | Unsecured | 2,130.09 | 2,130.09 |
| 17. | Fifth Third Bank | Unsecured | 569.75 | 569.75 |
| 18. | Resurgent Capital Services | Unsecured | 727.39 | 727.39 |
| 19. | ECast Settlement Corp | Unsecured | 2,419.16 | 2,419.16 |
| 20. | Discover Financial Services | Unsecured | 1,424.28 | 1,424.28 |
| 21. | American Express Centurion | Unsecured | 461.31 | 461.31 |
| 22. | ECast Settlement Corp | Unsecured | 858.14 | 858.14 |
| 23. | ECast Settlement Corp | Unsecured | 332.32 | 332.32 |
| 24. | Portfolio Recovery Associates | Unsecured | 174.59 | 174.59 |
| 25. | Internal Revenue Service | Unsecured | 348.74 | 348.74 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Holder, Kenneth | Case Number: 05 B 02899 |
| | Fox, Vermon C | Judge: Squires, John H |
| | Printed: 8/26/08 | Filed: 1/31/05 |

| | | | | |
|---|---|---|---|---|
| 26. | ECast Settlement Corp | Unsecured | 1,115.32 | 1,115.32 |
| 27. | ECast Settlement Corp | Unsecured | 1,173.74 | 1,173.74 |
| 28. | Resurgent Capital Services | Unsecured | 661.22 | 661.22 |
| 29. | Resurgent Capital Services | Unsecured | 134.13 | 134.13 |
| 30. | Resurgent Capital Services | Unsecured | 1,624.11 | 1,624.11 |
| 31. | Resurgent Capital Services | Unsecured | 1,216.52 | 1,216.52 |
| 32. | Resurgent Capital Services | Unsecured | 471.81 | 471.81 |
| 33. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 34. | Litton Loan Servicing | Secured | | No Claim Filed |
| 35. | Amex Assurance | Unsecured | | No Claim Filed |
| 36. | Bank Of America | Unsecured | | No Claim Filed |
| 37. | Target | Unsecured | | No Claim Filed |
| 38. | BP/Citi | Unsecured | | No Claim Filed |
| 39. | Capital One | Unsecured | | No Claim Filed |
| 40. | GM Card | Unsecured | | No Claim Filed |
| 41. | Household | Unsecured | | No Claim Filed |
| 42. | Nordstrom | Unsecured | | No Claim Filed |
| 43. | MBNA America | Unsecured | | No Claim Filed |
| 44. | Union Plus | Unsecured | | No Claim Filed |
| 45. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 46. | CB USA | Unsecured | | No Claim Filed |

```
                                        _____    _____
                                        $ 45,868.25   $ 45,868.25
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 192.00 |
| 3% | 108.00 |
| 5.5% | 594.00 |
| 5% | 176.96 |
| 4.8% | 348.23 |
| 5.4% | 777.84 |
| 6.5% | 255.26 |
| | _____ |
| | $ 2,452.29 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

